UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA E. SZLOSEK,

                Plaintiff,

– against –

NYS OFFICE OF THE ATTORNEY GENERAL,

                Defendant.

**ORDER**
24-cv-00897 (ER)

Ramos, D.J.:

    Donna E. Szlosek has filed another application requesting that *pro bono* counsel represent her in this action. Doc. 25. For the same reasons stated in the Court's previous order, Doc. 18, the application is DENIED without prejudice to possible renewal at a later stage in the case.

    The Clerk of Court is respectfully directed to mail a copy of this order to Szlosek and to terminate the motion, Doc. 25.

It is SO ORDERED.

Dated:   October 24, 2024
              New York, New York

                                              Edgardo Ramos, U.S.D.J