UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA E. SZLOSEK,

                     Plaintiff,

-against-

NYS OFFICE OF THE ATTORNEY GENERAL,

                     Defendant.

**ORDER**

24 Civ. 0897 (ER)

Ramos, D.J.:

    A telephonic premotion conference was scheduled for November 19, 2024, and was later adjourned to December 19 at the request of Ms. Szlosek. Doc. 30. Ms. Szlosek failed to appear at today's conference. Accordingly, conference will be held on **January 10, 2025, at 10 a.m.** The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number.

    Ms. Szlosek is advised that failure to appear at the conference may result in adverse action, including the dismissal of her case for failure to prosecute.

    It is SO ORDERED.

Dated:    December 19, 2024
            New York, New York

                                                            Edgardo Ramos, U.S.D.J.