UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA E. SZLOSEK,

                          Plaintiff,

-against-

NYS OFFICE OF THE ATTORNEY GENERAL,

                          Defendant.

**ORDER**

24 Civ. 0897 (ER)

Ramos, D.J.:

      The telephonic premotion conference previously scheduled for 10:00 AM on January 10, 2025, is rescheduled to begin at **11:30 AM on January 10**. The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. The parties are further instructed to join the call five (5) minutes prior to the conference's start time.

      It is SO ORDERED.

Dated:    January 3, 2025
               New York, New York

                                                        Edgardo Ramos, U.S.D.J.