# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

DONNA E. SZLOSEK,

                    Plaintiff,              24 **CIVIL** 0897 (ER)

    -against-                    **<u>JUDGMENT</u>**

NEW YORK STATE OFFICE OF THE
 ATTORNEY GENERAL,

                    Defendant.

-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 25, 2025, the Court GRANTS the motion, with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

       June 26, 2025

                                                    **TAMMI M. HELLWIG**

                                                        **Clerk of Court**

                            **BY:**

                                                        **Deputy Clerk**